IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALICE RUTH WALTERS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-00766-SDJ-AGD |
| | § | |
| COMMISSIONER, SSA | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 12, 2024, the Report of the Magistrate Judge, (Dkt. #17), was entered containing proposed findings of fact and recommendation that the Commissioner's decision be affirmed.

The Court has conducted a de novo review of Plaintiff's timely objections (Dkt. #18) and the portions of the Report to which Plaintiff specifically objects. Having done so, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate recommendation of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Commissioner's decision is **AFFIRMED**.

So ORDERED and SIGNED this 26th day of March, 2024.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE